Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN DEAN FRIEDLANDER, <br><br> Defendant. | 2:21-CR-122-SMJ <br><br> INDICTMENT <br><br> Vio.: 18 U.S.C. §§ 113(a)(3), 1153 <br> Assault with a Dangerous Weapon in Indian Country <br> (Count 1) <br><br> 18 U.S.C. §§ 113(a)(6), 1153 <br> Assault Resulting in Serious Bodily Injury in Indian Country <br> (Count 2) <br><br> 18 U.S.C. §§ 922(g)(1), 924(a)(2) <br> Felon in Possession of Ammunition <br> (Count 3) <br><br> 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) <br> Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about July 4, 2021, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, JUSTIN DEAN FRIEDLANDER, an Indian, did intentionally assault L.H. with a dangerous weapon, to wit: a firearm, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3), 1153.

## COUNT 2

On or about July 4, 2021, in the Eastern District of Washington, within the exterior boundaries of the Colville Indian Reservation, in Indian country, the Defendant, JUSTIN DEAN FRIEDLANDER, an Indian, did intentionally assault L.H., resulting in serious bodily injury to L.H., all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

## COUNT 3

On or about July 4, 2021, in the Eastern District of Washington, the Defendant, JUSTIN DEAN FRIEDLANDER, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, ammunition, to wit: 91 rounds of Aguila 22 caliber ammunition, which ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Count 3 of this Indictment, the Defendant, JUSTIN DEAN FRIEDLANDER, shall

INDICTMENT – 2

forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense.

DATED this 8 day of September 2021.

A TRUE BILL

*(signature)*
Joseph H. Harrington
Acting United States Attorney

*(signature)*
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 3