PROB 12C
(6/16)

Report Date: February 25, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Dean Friedlander        Case Number: 0980 2:21CR00122-TOR-1

Address of Offender: ███████████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 2, 2022

| | |
|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury in Indian Country, 18 U.S.C. §§ 113(a)(6), 1153 |
| Original Sentence: | Prison - 46 months  TSR - 36 months |
| Asst. U.S. Attorney: | Richard R. Barker |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 14, 2024

Date Supervision Expires: March 13, 2027

---

### PETITIONING THE COURT

To issue a warrant.

On March 14, 2024, a United States probation officer reviewed the conditions of supervised release with Mr. Friedlander. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.  **Supporting Evidence**: It is alleged that Mr. Friedlander is in violation of his conditions of supervised release by consuming methamphetamine on or about January 12, 2025.  On January 15, 2025, the undersigned made contact with Mr. Friedlander at his residence and it was at that time he provided a urinalysis that tested presumptive positive for methamphetamine. Thereafter, Mr. Friedlander admitted to the undersigned and via a signed document that he last used methamphetamine on or about January 12, 2025. |

Prob12C
**Re: Friedlander, Justin Dean**
**February 25, 2025**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Friedlander is in violation of his conditions of supervised release by consuming methamphetamine on or about January 22, 2025.

On January 24, 2025, Mr. Friedlander provided a urinalysis that tested presumptive positive for methamphetamine and he thereafter admitted to the undersigned and via signed document that he last used methamphetamine on or about January 22, 2025.

3     **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Friedlander is in violation of his conditions of supervised release by consuming methamphetamine on or about February 10, 2025.

On February 11, 2025, Mr. Friedlander provided a urinalysis at Pioneer Human Services (PHS) that tested presumptive positive for methamphetamine. On February 18, 2025, Mr. Friedlander admitted to the undersigned that he last used methamphetamine on or about February 10, 2025.

4     **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Friedlander is in violation of his conditions of supervised release by consuming methamphetamine on or about February 20, 2025.

On February 25, 2025, Mr. Friedlander provided a urinalysis that tested presumptive positive for methamphetamine and he thereafter admitted to the undersigned and via signed document that he last used methamphetamine on or about February 20, 2025.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     February 25, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C

**Re: Friedlander, Justin Dean**
**February 25, 2025**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Thomas O. Rice_
Thomas O. Rice
United States District Judge

February 26, 2025
Date